Robert L. Rosenthal, Esq.
Nevada Bar No. 6476
Jennifer R. Lloyd, Esq.
Nevada Bar No. 9617
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: rr@h2law.com
Email: jl@h2law.com
Email: jwf@h2law.com

*Attorneys for Defendant*
*Natural Life Inc. d/b/a*
*Heart and Weight Institute*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| QIANA MOORE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATURAL LIFE INC., a Nevada corporation, d/b/a/ HEART AND WEIGHT INSTITUTE,<br><br>Defendant. | Case No. 2:19-cv-02185-JAD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE AND SERVE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule LR IA 6-1, Plaintiff Qiana Moore ("Plaintiff" or "Ms. Moore") and Defendant Natural Life, Inc. ("Defendant" or "Natural Life") state the following:

1. Defendant removed this case from the Eighth Judicial District Court in and for Clark Count, Nevada on December 19, 2019. (ECF No. 1.) On December 23, 2019, Defendant filed a motion to dismiss. (ECF No. 10.)

2. Plaintiff filed her opposition to the motion on January 6, 2020. (ECF No. 13.)

3. Defendant's reply in support of its motion to dismiss is due on January 13, 2020. *See* LR 7-2(b) ("The deadline to file and serve any reply in support of the motion is seven days after service of the response.").

1

4. Due to emergency motion practice related to the 2020 Consumer Electronics Show,[1] Defendant's counsel was unable to work on preparing the reply during the week of January 6, 2020.

5. Accordingly, Defendant's counsel has requested, and Plaintiff's counsel has agreed, to allow Defendant until Friday, January 17, 2020 to file and serve Defendant's reply in support of Defendant's motion to dismiss.

6. The parties' agree that good cause exists for the requested extension of time.

Dated: this 13th day of January, 2020

**IT IS SO AGREED AND STIPULATED:**

| HOWARD & HOWARD ATTORNEYS PLLC | LAW OFFICES OF ROBERT P. SPRETNAK |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Robert L. Rosenthal, Esq.<br>Jennifer R. Lloyd, Esq.<br>Jonathan W. Fountain, Esq.<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169<br>Telephone: (702) 257-1483<br>Email: rr@h2law.com<br>Email: jl@h2law.com<br>Email: jwf@h2law.com | By: /s/ Robert P. Spretnak<br>Robert P. Spretnak, Esq.<br>8275 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Telephone: (702) 454-4900<br>Email: bob@spretnak.com<br><br>*Attorneys for Plaintiff*<br>*Qiana Moore* |

*Attorneys for Defendant*
*Natural Life Inc. d/b/a*
*Heart and Weight Institute*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 01/13/2020

---

[1] *See* HDMI Licensing Administrator, Inc. v. Chunghsin Tech. Grp. Co. Ltd., Case No. 2:20-cv-00028-GMN-NJK.