# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

QIANA MOORE,

        Plaintiff,

vs.

NATURAL LIFE INC., a Nevada corporation, dba HEART AND WEIGHT INSTITUTE,

        Defendants.

2:19-cv-02185-JAD-DJA

**ORDER**

        Before the court are the Request for Exception to Attendance at Early Neutral Evaluation (ECF NO. 16) and Plaintiff's Non-opposition to ECF No. 16 (ECF NO. 17).

        Accordingly,

        IT IS HEREBY ORDERED that a hearing on the Request for Exception to Attendance at Early Neutral Evaluation is scheduled for 10:00 AM, January 27, 2020, in Courtroom 3B.

        The Early Neutral Evaluation scheduled for 10:00 AM, January 27, 2020, is VACATED.

        DATED this 17th day of January, 2020.

                                            _____

                                            CAM FERENBACH
                                            UNITED STATES MAGISTRATE JUDGE