# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

QIANA MOORE,

        Plaintiff,

vs.

NATURAL LIFE INC., a Nevada corporation,
d/b/a/ HEART AND WEIGHT INSTITUTE,

        Defendant.

2:19-cv-02185-JAD-DJA

**ORDER**

Due to the evolving health crisis in the community regarding COVID-19, and Temporary General Order 2020-04,

Accordingly,

IT IS HEREBY ORDERED that the settlement conference scheduled for April 1, 2020, is VACATED and will be RESCHEDULED at a later date.

IT IS FURTHER ORDERED that the telephonic hearing on Defendant's Motion to Adjourn Early Neutral Evaluation (ECF No. 31) scheduled for March 23, 2020, is VACATED.

IT IS FURTHER ORDERED that Defendant's Motion to Adjourn Early Neutral Evaluation (ECF No. 31) is DENIED as MOOT.

DATED this 20th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE